UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Roosevelt Lovely,

       Plaintiff,                               Case No. 09-13898

v.                                                      Hon. Nancy G. Edmunds

Debra Scutt, et. al.,

       Defendant.
_____/


ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendants Debra Scutt, Joseph Barrett, Kenneth Ryan, Christopher Langley, Joel Salinas, Heather Arnett and Michelle Parsons' Motion to dismiss or, in the Alternative, Motion for Summary Judgment [17] is GRANTED, and Plaintiff's claims against these Defendants are hereby dismissed without prejudice.

       SO ORDERED.

                                       s/Nancy G. Edmunds
                                       Nancy G. Edmunds
                                       United States District Judge

Dated: August 30, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 30, 2010, by electronic and/or ordinary mail.

                                       s/Carol A. Hemeyer
                                       Case Manager